## No. 7448.

THE STATE, EX REL. J. D. HILL VS. THE JUDGE OF THE DISTRICT COURT FOR ST. BERNARD.

A *mandamus* will not be issued to a judge to try an injunction suit at a given term, or on a given day, when the judge shews by his answer that the execution of such order will interfere with the terms of court for other parishes in his district.

FOR *Mandamus.*

*Forman* for Relator. *Flanagan* for Respondent.

DE BLANC, J., delivered the opinion refusing the writ.